IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VICTOR WILSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

   Petitioner,

v.

CASE NO. 1D15-1812

STATE OF FLORIDA,

   Respondent.

_____/

Opinion filed May 13, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Victor Wilson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

 DENIED.

THOMAS, MARSTILLER, and BILBREY, JJ., CONCUR.